FILED 05 MAR '25 14:17 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00082-AB |
| v. | INDICTMENT |
| NAHUM ALBERTO ALVAREZ-ARCHAGA | 8 U.S.C. § 1326(a) |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1
(Illegal Reentry)
(8 U.S.C. § 1326(a))

On or about February 4, 2025, in the District of Oregon, the defendant, **NAHUM ALBERTO ALVAREZ-ARCHAGA**, an alien and citizen of Honduras, was found in the United States having previously been arrested and denied admission, excluded, deported, and removed from the United States as an alien on March 29, 2017, and defendant having knowingly and unlawfully re-entered, without the express consent of the Attorney General of the United

States, or his successor, the Secretary for Homeland Security, to his reapplying for admission into the United States from a place outside the United States;

In violation of Title 8, United States Code, Section 1326(a).

Dated this __5__ day of March 2025.    A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

WILLAM NARUS
Acting United States Attorney

KATE A. ROCHAT, OSB #184324
Assistant United States Attorney